IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SCI SHARED RESOURCES, LLC; AND DM AFFINITY, INC. | § § § § | |
| Plaintiffs, | § | Civil Action 4:21–cv–02390 |
| v. | § § | |
| ECHOVITA, INC., | § § § | |
| Defendant. | | |

## **REMAND ORDER**

The Court has considered Plaintiffs' SCI Shared Resources, LLC and DM Affinity, Inc.'s Motion to Remand, including any response, the various pleadings and on file, and any oral argument of counsel. The Court finds the Motion to Remand should be GRANTED for lack of subject-matter jurisdiction because the amount in controversy does not exceed $75,000 as required by 28 U.S.C. § 1332(a). Accordingly, it is hereby ORDERED:

1. All parties and all claims, without exception, are REMANDED to the Court of original filing, *SCI Shared Resources, LLC and DM Affinity, Inc. v. Echovita, Inc.*; Cause No. 2021–44024, In the 125th Judicial District Court of Harris County, Texas.

2. Any deadlines or scheduling orders in this case are vacated.

3. The Clerk of the Court shall send a copy of this order to the Clerk of the State Court.

4. Costs are taxed against the party incurring same.

SIGNED at Houston, Texas, this ___6th___ day of October 2021.

ANDREW S. HANEN